IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) No. 05-20319-D |
| CHUCK GATES, | ) |
| Defendant. | ) |

### ORDER CONTINUING ARRAIGNMENT AND SPECIFYING PERIOD OF EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT

Before the court is the motion of Leslie Ballin, retained counsel for the defendant, seeking a continuance of the arraignment for one week. As grounds, counsel states the defendant did not get notice to report for the arraignment set September 21, 2005.

The court finds that the arraignment should be continued in order to obtain the appearance of the defendant, and that the ends of justice served by such a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The arraignment is therefore continued and reset to Wednesday, September 28, 2005, at 9:30 a.m. in Courtroom 5, 3rd Floor Federal Building, 167 North Main Street, Memphis, Tennessee.

The time period from September 21, 2005, through September 27, 2005, is excluded from the time limits imposed by the Speedy Trial Act for trial of this case.

IT IS SO ORDERED this __21st__ day of September, 2005.

DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CR-20319 was distributed by fax, mail, or direct printing on September 22, 2005 to the parties listed.

---

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT